UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL ANTHONY SIMMONS,

        Petitioner,                          Case No. 1:22-cv-845

v.                                                Honorable Ray Kent

DENNIS STRAUB,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated:  October 4, 2022                          /s/ Ray Kent
                                                                              Ray Kent
                                                                              United States Magistrate Judge